UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HECTOR CAJIGAS,

         Defendant.

- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 15 2008
```

INDICTMENT

08 CRIM 439

## COUNT ONE

The Grand Jury charges:

On or about May 3, 2008, in the Southern District of New York, HECTOR CAJIGAS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Attempted Robbery in the First Degree, in violation of New York Penal Law 110/160.15, a Class C Felony, in New York Supreme Court, New York County, on or about February 8, 2000, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .9mm Hi-Point semiautomatic firearm, and ammunition, to wit, two .9mm Winchester bullets and one .9mm Federal Cartridge bullet, all of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR CAJIGAS,

                Defendant.

**INDICTMENT**

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

                Foreperson.

5/15/08 filed indictment. Case assigned to Judge Griesa. & Mag. J. Katz