UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES OF AMERICA

    - against -

HECTOR CAJIGAS,

           Defendant.

-------------------------------------------------x

08 Cr. 0439 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

The Clerk of the Court is hereby directed to remove from the docket in this case the order dated August 29, 2008 (docket item number 9) and the associated PDF file.

Dated: New York, New York
       September 3, 2008

SO ORDERED

/s/ Thomas P. Griesa
Thomas P. Griesa
U.S.D.J.